UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 21-4915-KS                                                                    Date: December 11, 2023

Title      *Gabriel Pate v. BMW of North America, LLC et al.*

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY MOTION IN LIMINE NO. 7 SHOULD NOT BE DENIED AS UNTIMELY**

The Court is in receipt of Defendant BMW of North America LLC's Motion in Limine No. 7, filed on October 17, 2023 ("Motion"). (Dkt. No. 108.) For the reasons set forth below, the Court orders Defendant to show cause why the Motion should not be denied as untimely.

On December 14, 2022, the Court issued a Trial Setting Order providing that the deadline for the Court to hear motions in limine was January 24, 2023. (Dkt. No. 26 at 8.) Thereafter, Plaintiff filed five timely motions in limine and Defendant filed six. (Dkt. Nos. 27-31, 34-39.) The Court ruled on the motions prior to trial. (Dkt. Nos. 69-73, 76.)

Trial commenced on August 15, 2023, and on the third day of trial, August 17, 2023, the Court granted Defendant BMW's Motion for Mistrial. (Dkt. Nos. 93, 96.) No further scheduling order setting new dates or deadlines has been issued in this matter.

Defendant has filed the instant Motion which, in light of the foregoing, appears to be untimely by nearly nine months. Consequently, Defendant is directed to show cause, **ON OR BEOFRE DECEMBER 13, 2023** (the date of the noticed hearing on the Motion), why the Motion should not be denied as untimely. Defendant may discharge the OSC by filing a response of **no more than three pages** by the December 13, 2023 deadline.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 21-4915-KS                                                                 Date: December 11, 2023

Title        *Gabriel Pate v. BMW of North America, LLC et al.*

    Additionally, the parties are ORDERED to meet, confer, and agree on a date for a settlement conference to occur, no more than **45 days** from the date of this Order to Show Cause. The parties may, if they choose, engage a private mediator or select a Magistrate Judge to conduct the settlement conference.  **The parties must file a joint statement of no more than five pages regarding the status of settlement within five days after completion of the settlement conference.**  If necessary, the Court will set dates for further proceedings at that time.

    **IT IS SO ORDERED.**

**Initials of Preparer**     gr