UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 21-4915-KS                                         Date: July 9, 2024

Title     *Gabriel Pate v. BMW of North America, LLC et al.*

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

|  Gay Roberson  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Creditor:          Attorneys Present for Debtor:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO PROVIDE THE STATUS OF THE MEET, CONFER AND AGREEMENT ON A DATE FOR A SETTLMENT CONFERENCE**

On December 19, 2023, the Court issued an order denying Defendant BMW of North America's Motion in Limine No. 7 and reminding the parties they must meet, confer, and agree on a date for a settlement conference to occur within (45) days from the date of the Court's December 11, 2023 ORDER TO SHOW CAUSE (Dkt No. 110).

As of this date, the parties have not provided the Court with a date for the Settlement Conference nor had any other communication with the Court regarding the status of this matter.

Accordingly, the parties are **ORDER TO SHOW CAUSE** on or before **July 16, 2024, as to** why the Court should not issue an order dismissing the matter for failure to prosecute and failure to timely respond to the Court's Orders of December 9, 2023 and December 11, 2023.  (Dkt. No. 113.)   Counsel may discharge the order to show cause by filing a joint statement of no more than three (3) pages stating either: (1) the parties complied with the Court's Orders and indicating when the compliance was completed; or (2) establishes good cause for the failure to comply with the Court's orders and failure to communicate with the Court for more than seven months.

Failure to timely comply with this Order, will result in dismissal for failure to prosecute.

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 21-4915-KS                                                    Date: July 9, 2024

Title       _Gabriel Pate v. BMW of North America, LLC et al._

|  | : |
|---|---|
| **Initials of Preparer** | gr |