UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  CV 21-4915-KS                                         Date: April 11, 2025

Title    _Gabriel Pate v. BMW of North America, LLC et al._

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

|  Gay Roberson  |  N/A  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY DEFENDANT'S MOTIONS IN LIMINE NOS. 1-7 SHOULD NOT BE DENIED AS UNTIMELY**

The Court is in receipt of Defendant BMW of North America, LLC's Motions in Limine Nos. 1-7 ("Motions") filed on April 10, 2025. (Dkt. Nos. 134-140.) The Motions appear to be resubmissions of motions in limine that the Court previously ruled on in 2023. (*See* Dkt. Nos. 34-39, 76.) For the reasons set forth below, the Court orders Defendant to show cause why the Motions should not be denied as untimely.

On August 8, 2024, the Court issued a Scheduling Order providing that the deadline for the Court to hear motions in limine was April 1, 2025. (*See* Dkt. No. 122-1.) Because the parties had not filed any new motions in limine by that date, the Court did not proceed with the hearing. Defendant's Motions filed on April 10, 2025, therefore, appear to be untimely. Further, to the extent the Motions seek "reconsideration" of rulings the Court issued in 2023, any effort to seek reconsideration of the 2023 rulings is also untimely.

Consequently, Defendant is directed to show cause **on or before April 15, 2025** why the Court should not deny the Motions as untimely. Defendant may discharge the OSC by filing a response of **no more than three pages** by the April 15, 2025 deadline.

**IT IS SO ORDERED.**

:
**Initials of Preparer**   gr